1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  SUZANNE M. DeBERRY (CABN 259455)
   Special Assistant United States Attorney

5
        150 South Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5588
7       Facsimile: (408) 535-5066
        suzanne.deberry2@usdoj.gov

8

9  Attorneys for the United States

**FILED**

**FEB 0 1 2011**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,  )      NO. 10-70353 PSG
                               )
15              Plaintiff,     )
                               )      **GOVERNMENT'S REQUEST TO**
16         v.                  )      **DISMISS COMPLAINT; [PROPOSED]**
                               )      **ORDER**
17  JOSE LUIS SANCHEZ-OROZCO,  )
                               )
18              Defendant.     )
    _____)

19

20        COMES NOW THE UNITED STATES OF AMERICA appearing through the

21  undersigned Assistant United States Attorney and moves this Honorable Court for an order

22  dismissing the above-captioned complaint.  The facts supporting this request are as follows:

23        On April 29, 2010, Defendant was charged in the above-captioned complaint.  At that

24  time, Defendant was in custody in a district outside of the Northern District of California

25  serving sentence for a state conviction.  After being released from custody, Immigration and

26  Customs Enforcement ("ICE") removed Defendant from the United States to Defendant's

1  native country of Mexico.

2      Accordingly, the government respectfully requests that the above-captioned case be

3  dismissed.

4

5  DATED: January 31, 2011                    Respectfully submitted,

6
                                             MELINDA HAAG
7                                            United States Attorney

8
                                                    /S/
9                                            SUZANNE M. DeBERRY
                                             Special Assistant United States Attorney
10

11

12

13

14

15

16                          **ORDER**

17      Upon application of the United States, and good cause having been shown therefor,

18      **IT IS HEREBY ORDERED** that the above-captioned Complaint is DISMISSED.

19

20
   DATE: February 1, 2011
21
                                             P-e S. 
22                                           PAUL S. GREWAL
                                             United States Magistrate Judge
23

24

25

26

                                   2